# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00364-CV

## In re eDist Business, LLC

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator has filed a motion to dismiss its petition for writ of mandamus and states that all matters involved in the underlying dispute have been resolved. Relator further certifies that it has conferred with real party in interest Recorders.com, Inc., and that the real party in interest does not oppose this motion. We grant relator's motion and dismiss the petition for writ of mandamus. *Cf.* Tex. R. App. P. 42.1(a)(1) (pertaining to dismissal of appeal).

_____

Melissa Goodwin, Justice

Before Justices Puryear, Rose, and Goodwin

Dismissed on Relator's Motion

Filed:   July 3, 2013